■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MIGUEL JARA, Appellant. [52 NYS3d 663]—Appeal by the defendant from an order of the Supreme Court, Richmond County (Mattei, J.), dated February 11, 2016, which, after a hearing, designated him a level two sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

Contrary to the defendant's contention, the Supreme Court properly denied his application for a downward departure from his presumptive risk level. The defendant's contention that his expected deportation constituted a mitigating factor warranting a downward departure is unpreserved for appellate review, since the defendant did not raise that ground at the hearing (*see People v Destio*, 145 AD3d 1047, 1048 [2016]; *People v Figueroa*, 138 AD3d 708, 709 [2016]). In any event, this contention is without merit (*see People v Rubi*, 132 AD3d 650, 650 [2015]; *People v Pavia*, 121 AD3d 960, 960 [2014]; *People v Kachatov*, 106 AD3d 973, 973 [2013]). The mitigating factors that the defendant identified and properly preserved for appellate review either were adequately taken into account by the Sex Offender Registration Act Guidelines or did not warrant a downward departure from the presumptive risk level (*see People v Rose*, 146 AD3d 911, 912 [2017]; *People v Uphael*, 140 AD3d 1143, 1145 [2016]; *People v Ibarra*, 137 AD3d 1097, 1098 [2016]). Leventhal, J.P., Hinds-Radix, LaSalle and Brathwaite Nelson, JJ., concur.